HAROLD WACENSKE, Appellant, *v.* MERCHANTS DESPATCH TRANSPORTATION COMPANY, Defendant.
FRANKLIN H. SMITH et al., Copartners under the Firm Name of WEBSTER & SMITH, Respondents.

(Submitted April 10, 1933; decided April 18, 1933.)

*Franklin H. Smith* for motion.
*William L. Clay* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.